**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01769-REB-MJW

HEALTHCARE VENTURES, LLC,
NEXUS OUTSOURCE GROUP, LLC, and
ARI KRAUSZ,

    Plaintiffs,

v.

ALEXANDER ORNSTEIN, and
SILVER LEAF CONSULTING, INC.,

    Defendants.

## ORDER OVERRULING OBJECTION TO AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue (Docket No. 9)** [#17],[1] filed November 7, 2013; and (2) plaintiffs' **Objection to [Docket No. 17] Recommendation of United States Magistrate Judge on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue** [#18], filed November 21, 2013. I overrule the objection, adopt the recommendation, and grant defendants' motion to dismiss for lack of personal jurisdiction.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. Thus, I have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed and well-reasoned. I concur with the magistrate judge's conclusion that defendants' contacts with this forum are based on nothing more than the mere fortuity that plaintiffs are located here. **See Burger King Corp. v. Rudzewicz**, 471 U.S. 462, 475, 105 S.Ct. 2174, 2183, 85 L.Ed.2d 528 (1985). I specifically reject plaintiffs' assertion that Mr. Ornstein's acceptance of a directorship in a Colorado limited liability company is *per se* sufficient to confer personal jurisdiction over him in this forum. The Supreme Court has specifically rejected such an argument. **Shaffer v. Heitner**, 433 U.S. 186, 216, 97 S.Ct. 2569, 2586, 53 L.Ed.2d 683 (1977). **See also Schmitz v. Xiqing Diao**, 2013 WL 5965882 at *9-10 (D. Wyo. Nov. 7, 2013).

Thus, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That magistrate judge's **Recommendation on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue (Docket No. 9)** [#17], filed November 7, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in plaintiffs' **Objection to [Docket No. 17] Recommendation of United States Magistrate Judge on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue** [#18], filed

November 21, 2013, are **OVERRULED**;

    3.  That **Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and for Improper Venue** [#9], filed August 26, 2013, is **GRANTED IN PART** and **DENIED IN PART** as moot as follows;

        a.  That the motion is **GRANTED** to the extent it seeks dismissal on the ground of lack of personal jurisdiction over defendants in this forum; and

        b.  That in all other respects, the motion is **DENIED AS MOOT**;

    4.  That plaintiffs' claims in this lawsuit are **DISMISSED WITHOUT PREJUDICE**;

    5.  That judgment without prejudice **SHALL ENTER** on behalf of defendants, Alexander Ornstein and Silver Leaf Consulting, Inc., a New York corporation, against plaintiffs, Healthcare Ventures, LLC, a Colorado limited liability company; Nexus Outsource Group, LLC, a Colorado limited liability company; and Ari Krausz, as to all claims and causes of action asserted herein; and

    6.  That all pretrial deadlines, the Trial Preparation Conference set October 3, 2014, at 3:30 p.m., and the bench trial set to commence on October 6, 2014, are **VACATED**.

    Dated January 22, 2014, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge