IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01769-REB-MJW

HEALTHCARE VENTURES, LLC,
NEXUS OUTSOURCE GROUP, LLC, and
ARI KRAUSZ,

    Plaintiffs,

v.

ALEXANDER ORNSTEIN, and
SILVER LEAF CONSULTING, INC.,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge** [#28] entered by Judge Robert E. Blackburn on January 22, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That magistrate judge's **Recommendation on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue (Docket No. 9)** [#17], filed November 7, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in plaintiffs **Objection to [Docket No. 17] Recommendation of United States Magistrate Judge on Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and Improper Venue** [#18], filed November 21, 2013, are **OVERRULED**;

3. That **Defendants' Motion To Dismiss for Lack of Personal Jurisdiction and for Improper Venue** [#9], filed August 26, 2013, is **GRANTED IN PART** and **DENIED IN PART** as moot as follows;

    a. That the motion is **GRANTED** to the extent it seeks dismissal on the ground of lack of personal jurisdiction over defendants in this forum; and

    b. That in all other respects, the motion is **DENIED AS MOOT**;

4. That **JUDGMENT without prejudice IS ENTERED** in favor of defendants, Alexander Ornstein and Silver Leaf Consulting, Inc., a New York corporation, against plaintiffs, Healthcare Ventures, LLC, a Colorado limited liability company; Nexus Outsource Group, LLC, a Colorado limited liability company; and Ari Krausz, as to all claims and causes of action asserted herein.

DATED at Denver, Colorado, this 22nd day of January, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk